Jeffrey L. Fazio (State Bar No. 146043)
jfazio@dehengsv.com
Yi Yao (State Bar No. 292563)
yyao@dehengsv.com
DeHeng Law Offices PC
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
Tel: (925) 399 5856
Fax: (925) 397 1976

Attorneys for Plaintiff
YAN ZHOU

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| YAN ZHOU,<br><br>Plaintiff,<br><br>vs.<br><br>HUNG ERN TOH, an individual; BARR CONSULTING AND HOLDINGS, INC., a Wyoming Corporation; BARR HOLDINGS, LLC, a Nevada Limited Liability Company; and JOHN BRADFORD FLECKE, an individual; and BEVERLY HILLS ESCROW, A California Corporation; Does1-9<br><br>Defendants. | CASE No. 2:18-cv-08536-CAS(RAOx)<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT HUNG ERN TOH; BARR CONSULTING AND HOLDINGS, INC.; BARR HOLDINGS, LLC** |

This matter came before the Court on Plaintiff's Motion for Default Judgment against Defendant Hung Ern Toh, Barr Consulting and Holdings, Inc. and Barr Holdings LLC, under Rule 55(b)(2) of the Federal Rules of Civil Procedure.

After full consideration of the evidence, all of the pertinent records and documents on file in this case and the written submissions, the Court hereby GRANTS Plaintiff's Motion for Default Judgment. The Court hereby enters default judgment against Defendant Toh, Barr Consulting and Holdings, Inc. and Barr Holdings LLC as follows:

1. The Court awards Plaintiff Yan Zhou damages against Defendant Toh, Barr Consulting and Holdings, Inc. and Barr Holdings LLC – jointly and severally – in the amount of $313,129.00.

2. Default Judgment is entered in favor of Plaintiff Yan Zhou and against Defendant Toh, Barr Consulting and Holdings, Inc. and Barr Holdings LLC – jointly and severally – in the amount of $313,129.00, plus the legal rate of interest from the date of entry of the Judgment until paid.

**IT IS SO ORDERED.**

Date: January 7, 2020          By: *Christina A. Snyder*

UNITED STATES DISTRICT COURT JUDGE